# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) SAMUEL SLAYDON, III, <br> an Oklahoma Resident, <br><br> Plaintiff, <br> vs. <br><br> (1) OLD DOMINION FREIGHT LINE, INC., <br> a Virginia for Profit Corporation; and, <br> (2) MICHAEL DEMPS BERRY, <br> a Tennessee Resident, <br><br> Defendants. | Case No.   CIV-16-1390-HE |

## FED.R.CIV.P.41 JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties to this action and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby jointly stipulate that the above-styled lawsuit should be dismissed with prejudice to any re-filing of this or any other action or claim arising out of the same incident which is the subject of this action.

Respectfully submitted,

s/John E. Vitali
John E. Vitali, OBA #12018
Lane M. Claussen, OBA #31298
Hornbeek Vitali & Braun, P.L.L.C.
3711 North Classen Blvd.
Oklahoma City, OK 73117
(405) 236-8600 (Phone)
(405) 236-8602 (fax)
Vitali@hvblaw.com
Claussen@hvblaw.com
*Attorney for Plaintiff*

                                                s/Andrew B. Morsman
                                                Robert P. Coffey, Jr.
                                                Andrew B. Morsman
                                                Coffey, Senger & McDaniel, PLLC
                                                4725 East 91st Street, Suite 100
                                                Tulsa, OK 74137
                                                Robert@csmlawgroup.com
                                                Amorsman@csmlawgroup.com
                                                *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of January, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants and by U.S. Mail to:

Robert P. Coffey, Jr.
Andrew B. Morsman
Coffey, Senger & McDaniel, PLLC
4725 East 91st Street, Suite 100
Tulsa, OK 74137
Robert@csmlawgroup.com
Amorsman@csmlawgroup.com
*Attorneys for Defendants*


                                                s/John E. Vitali